IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| ) | BK 14-33101-DHW-13 |
| Wimberly Thomas, II ) | |
| xxx-xx-6128 ) | |
|     DEBTOR. ) | |

## OBJECTION TO CONFIRMATION

Comes Now Santander Consumer USA, Inc. ("Santander"), a secured creditor in the above styled cause, and files its Objection to Confirmation of the Debtor's plan as follows:

1. Santander has a security interest in a 2013 Ford Focus VIN: 1FADP3F28DL171533.

2. The Debtor purchased the subject vehicle on October 30, 2013, which is within 910 days of the filing of his petition.

3. The Debtor's plan does not propose to pay the contract balance owed to the Movant as required by Section 1325(a) of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005.

4. Santander objects to the Debtor's proposed adequate protection payments as insufficient.

5. Santander objects to the Debtor's proposed interest rate as insufficient.

WHEREFORE, the Movant objects to confirmation of the Debtor's plan as proposed.

/s/ Allan M. Trippe

ALLAN M. TRIPPE (TRI003)
Attorney for Santander Consumer USA, Inc.,

OF COUNSEL:
MONROE, TRIPPE & BROWN, L.L.P.
P.O. Box 531103
Birmingham, Alabama 35253
(205) 879-9220

CERTIFICATE OF SERVICE

   I hereby certify that I have served a copy of the foregoing on Joshua C. Milam and Curtic D. Reding by electronic transmission and on Wimberly Thomas, II by placing a copy of same in the U.S. Mail , postage prepaid, on this the 22nd day of December, 2014.

Joshua C. Milam (jmilam@smclegal.com)
Attorney at Law
566 S. Perry Street
Montgomery, Alabama 36104

Curtis Reding (trustees_office@ch13mdal.com)
P.O. Box 173
Montgomery, Alabama 36101

Wimberly Thomas, II
444 Benton Road
Lowndesboro, Alabama 36752

            /s/ Allan M. Trippe

            OF COUNSEL