IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

WIMBERLY THOMAS, II
SSAN: XXX-XX-6128

Case No. 14-33101-DHW
Chapter 13

Debtor(s)

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on Friday, November 14, 2014.

2. The debtor(s) §341 Meeting of Creditors was held Wednesday, December 10, 2014.

(X) Debtor was to amend to reduce the "POT" to zero.
(x) Debtor was to provide tax assessor values on both properties.
(X) NADA value on 2002 Toyota Corolla and 1999 Honda Civic are greater than values debtor listed.

WHEREFORE, the above premises considered, Trustee objects to confirmation and requests that confirmation be denied or the case be continued until such time as the requested issues have been resolved.

Respectfully submitted this Monday, January 5, 2015.

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

Curtis C. Reding
Chapter 13 Trustee

By:/s/ *Curtis C. Reding*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Monday, 5 January, 2015.

Copy to: DEBTOR(S)
JOSHUA C MILAM

/s/ *Curtis C. Reding*

Curtis C. Reding

WIMBERLY THOMAS, II
444 BENTON ROAD
LOWNDESBORO , AL 36752