UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re                                          Case No. 14−33101
Wimberly Thomas, II                         Chapter 13

    Debtor

## ORDER CONFIRMING PLAN

The debtor's plan was filed on November 14, 2014. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

Dated: February 14, 2015

                                                             /s/ Dwight H. Williams Jr.
                                                             United States Bankruptcy Judge

```
                          United States Bankruptcy Court
                            Middle District of Alabama
In re:                                                          Case No. 14-33101-DHW
Wimberly Thomas, II                                             Chapter 13
        Debtor                    CERTIFICATE OF NOTICE

District/off: 1127-2           User: admin                  Page 1 of 1          Date Rcvd: Feb 16, 2015
                               Form ID: van297a             Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2015.
```
db            +Wimberly Thomas, II,    444 Benton Road,    Lowndesboro, AL 36752-4709
3199823        AT & T,   PO BOX 163250,    Columbus, OH 43216-3250
3199822       +Alltel,    Dept 555,   P.O. Box 4127,    Concord, CA 94524-4127
3199824       +BJ's Auto Sales LLC,    P O Box 312,    Fort Deposit, AL 36032-0312
3199825       +CREDIT ACCEPTANCE,    P.O. BOX 513,    SOUTHFIELD, MI 48037-0513
3199826      ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
              (address filed with court: CREDIT ACCEPTANCE,    25505 W. 12 MILE RD,    Southfield, MI 48034)
3199827       +DISH NETWORK,    8014 BAYBERRY ROAD,    Jacksonville, FL 32256-7412
3199828        DISH NETWORK,    Dept 0063,    Palatine, IL 60055-0063
3199818        EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3199820        EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3199829        HSBC,    P.O.BOX 1231,    Brandon, FL 33509-1231
3199832       +SANTANDER CONSUMER USA,    8585 N. STEMMONS FWY, STE 1100-N,    Dallas, TX 75247-3822
3209245       +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
3199819       +TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19016-2000
3199833        Verizon,    P O Box 660108,    Dallas, TX 75266-0108
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
3199821       +E-mail/PDF: recoverybankruptcy@afninet.com Feb 16 2015 20:17:48      AFNI, INC,   404 BROCK DR,
               P.O. BOX 3097,   Bloomington, IL 61702-3097
3199828        E-mail/Text: Bankruptcy.Consumer@dish.com Feb 16 2015 20:06:02      DISH NETWORK,   Dept 0063,
               Palatine, IL 60055-0063
3199830       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 16 2015 20:06:02     MIDLAND CREDIT,    8875 AERO DRIVE,
               SUITE 200,   San Diego, CA 92123-2255
3199831       +Fax: 407-737-5634 Feb 16 2015 20:16:45     OCWEN LOANS,   1661 WORTHINGTON RD, STE 100,
               West Palm Beach, FL 33409-6493
                                                                                             TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2015 at the address(es) listed below:
```
              Allan M. Trippe    on behalf of Creditor    SANTANDER CONSUMER USA, INC. allantrippe@lawbham.com
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Curtis C. Reding    trustees_office@ch13mdal.com
              Enslen Crowe    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bankruptcy@sirote.com
              Joshua C. Milam    on behalf of Debtor Wimberly Thomas, II jmilam@smclegal.com,
               smclegalecf@gmail.com
              Richard D. Shinbaum    on behalf of Debtor Wimberly Thomas, II rshinbaum@smclegal.com,
               smclegalecf@gmail.com
                                                                                             TOTAL: 6
```